# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 24, 2007

132962

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

M. CAROL RONAN and FRANKLIN D.
RONAN, Trustees of the M. CAROL RONAN
TRUST,
      Plaintiffs-Appellants,

v

WILLIAM W. HOFMANN, MARLA E.
HOFMANN, JAMES J. MURRAY, PATRICIA
C. MURRAY, GRAHAM HAGEY and HELEN
HAGEY,
      Defendants-Appellees.

SC: 132962
COA: 263106
Emmet CC: 04-008127-CH

_____/

      On order of the Court, the application for leave to appeal the October 24, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 24, 2007

p0416

_____
Clerk